IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH ISBELL,

    Plaintiff,

v.

STATE OF OKLAHOMA, OKLAHOMA DEPARTMENT OF HUMAN SERVICES, OKLAHOMA DEPARTMENT OF CHILD SUPPORT SERVICES, ED LAKE, officially and individually, DAVID HAMMONS, officially and individually, JIM HUTCHINSON, officially and individually, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, ALISHA GRIFFIN, officially and individually, MICHAEL WILKENING, officially and individually, and LISA DUGAN, officially and individually,

    Defendants.

No. C 18-00269 WHA

**ORDER RE MISCELLANEOUS MOTIONS FILED BY PLAINTIFF**

*Pro se* plaintiff Sarah Isbell filed this action in January 2018. An April order adopted Judge Illman's Report and Recommendation and dismissed the complaint with leave to amend. Plaintiff filed an amended complaint on May 11 and defendants State of Oklahoma, Department of Human Services, and Jim Hutchinson filed motions to dismiss on May 25. Defendant State of California, California Department of Child Support Services, had filed a motion to request screening of the amended complaint on May 16. On June 4, while the motions to dismiss were still pending, plaintiff filed several motions, requests, and a notice (Dkt. Nos. 34, 41, 45, 46, 44, and 51). This order addresses each in turn.

*First*, plaintiff seeks an extension of time to respond to defendant's motion to request screening. Pursuant to a prior order, the screening of plaintiff's complaint will be deferred until after resolution of defendants' motions to dismiss. After filing her request for extension but before the filing of this order, plaintiff submitted a response to the motion to request screening. Plaintiff's request for extension of time is accordingly **DENIED AS MOOT.**

*Second*, plaintiff seeks an appointment of counsel pursuant to 28 U.S.C. § 1915(e). Appointment of counsel under § 1915(e) is not warranted absent exceptional circumstances. *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980). There has not been a showing that such exceptional circumstances exist in this case. Plaintiff's request for appointment of counsel is accordingly **DENIED**.

*Third*, plaintiff moves to file a second amended complaint. Given that her proposed amendments do not substantively alter her complaint, her motion to file a second amended complaint will be held in abeyance until after resolution of defendants' motions to dismiss. Plaintiff's motion to file a second amended complaint is **DENIED**.

*Fourth*, plaintiff renews her motion to show cause. This motion will also be held in abeyance until after resolution of defendants' motions to dismiss. Plaintiff's renewed motion to show cause is also **DENIED**.

*Fifth*, plaintiff gives notice that she and defendants have agreed that defendants' motions to dismiss are moot. However, the Oklahoma defendants have not withdrawn their motions. Accordingly, the hearing on **JULY 5, 2018, AT 8 A.M.** in Courtroom 12, 19th Floor, 450 Golden Gate Avenue will remain as scheduled. Plaintiff's brief in response to these motions is due by June 15. Defendants' reply brief is due by June 22.

**IT IS SO ORDERED.**

Dated: June 7, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE