1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH ISBELL,

        Plaintiff,

   v.

STATE OF OKLAHOMA, OKLAHOMA
DEPARTMENT OF HUMAN SERVICES,
OKLAHOMA DEPARTMENT OF CHILD SUPPORT
SERVICES, ED LAKE, officially and individually,
DAVID HAMMONS, officially and individually, JIM
HUTCHINSON, officially and individually, STATE
OF CALIFORNIA, CALIFORNIA DEPARTMENT
OF CHILD SUPPORT SERVICES, ALISHA
GRIFFIN, officially and individually, MICHAEL
WILKENING, officially and individually, and LISA
DUGAN, officially and individually,

        Defendants.

_____/

No. C 18-00269 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants State of Oklahoma, Oklahoma Department of Human Services, Oklahoma Department of Child Support Services, Ed Lake, David Hammons, Jim Hutchinson, State of California, Department of Child Support Services, Alisha Griffin, Michael Wilkening, and Lisa Dugan and against plaintiff Sarah Isbell. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated:  August 2, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE