IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH ISBELL,

    Plaintiff,

v.

STATE OF OKLAHOMA, OKLAHOMA DEPARTMENT OF HUMAN SERVICES, OKLAHOMA DEPARTMENT OF CHILD SUPPORT SERVICES, ED LAKE, officially and individually, DAVID HAMMONS, officially and individually, JIM HUTCHINSON, officially and individually, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, ALISHA GRIFFIN, officially and individually, MICHAEL WILKENING, officially and individually, and LISA DUGAN, officially and individually,

    Defendants.

No. C 18-00269 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION TO ALTER OR AMEND JUDGMENT**

On July 6, this Court dismissed *pro se* plaintiff Sarah Isbell's amended complaint in its entirety (Dkt. Nos. 45, 46). Plaintiff then moved for reconsideration pursuant to Rule 59(e) (Dkt. No. 73). Plaintiff's motion for reconsideration was denied and judgment was entered on August 2 (Dkt. No. 75). Now plaintiff has filed a second motion to reconsider the August 2 judgment (Dkt. No. 77). Once again, plaintiff fails to identify any new basis or facts that would warrant reconsideration. The request is accordingly **DENIED.**

**IT IS SO ORDERED.**

Dated: September 11, 2018.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE