IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH ISBELL,

    Plaintiff,

v.

STATE OF OKLAHOMA, OKLAHOMA DEPARTMENT OF HUMAN SERVICES, OKLAHOMA DEPARTMENT OF CHILD SUPPORT SERVICES, ED LAKE, officially and individually, DAVID HAMMONS, officially and individually, JIM HUTCHINSON, officially and individually, STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, ALISHA GRIFFIN, officially and individually, MICHAEL WILKENING, officially and individually, and LISA DUGAN, officially and individually,

    Defendants.

No. C 18-00269 WHA

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

    Our court of appeals referred the matter to this Court to determine whether *pro se* plaintiff Sarah Isbell's *in forma pauperis* status should continue for this appeal from the August 2 judgment.

    Plaintiff submitted an application to proceed *in forma pauperis* indicating that she is only employed part-time and currently lives in her car. (Dkt. No. 78). Although the Court has rejected and disagreed with plaintiff's arguments, it is unable to say the appeal is so frivolous as to deny *in forma pauperis* status. For this reason, plaintiff's motion for leave to appeal *in forma pauperis* is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: September 11, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE